# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MERIDIAN BIOSCIENCE, INC.,
    Plaintiff,

vs.

DIASORIN, INC.,
    Defendant.

Case No. 1:17-cv-341

Litkovitz, M.J.

**ORDER**

At the request of the parties and with the consent of the Court, the proceedings in this matter are hereby **STAYED** for 30 days.

**IT IS SO ORDERED.**

Date: 7/20/18

Karen L. Litkovitz
United States Magistrate Judge