# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MERIDIAN BIOSCIENCE, INC.,            Case No. 1:17-cv-341
    Plaintiff,

                                               Litkovitz, M.J.

vs.

DIASORIN, INC.,                          **ORDER**
    Defendant.

At the request of the parties and with the consent of the Court, the stay of proceedings in this matter is extended until **September 17, 2018**.

**IT IS SO ORDERED.**

Date: 8/8/18

Karen L. Litkovitz
United States Magistrate Judge