UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MERIDIAN BIOSCIENCE, INC.,
Plaintiff,

vs.

DIASORIN, INC.,
Defendant.

Case No. 1:17-cv-341

Litkovitz, M.J.

**ORDER**

At the request of the parties and with the consent of the Court, the stay of proceedings in this matter is extended until **October 17, 2018**.

**IT IS SO ORDERED.**

Date: 9/17/18

Karen L. Litkovitz
United States Magistrate Judge